**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-7140**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

TYRONE HALL,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, Senior District Judge. (1:10-cr-00773-JFM-1)

———————

Submitted: December 21, 2015     Decided: January 5, 2016

———————

Before WILKINSON, KING, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Tyrone Hall, Appellant Pro Se. Albert David Copperthite, Barbara Slaymaker Sale, Assistant United States Attorneys, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Hall appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. Hall sought a reduction based on Amendment 782 to the Sentencing Guidelines, which reduced the offense levels applicable to drug offenses. U.S. Sentencing Guidelines Manual Suppl. to App'x C, Am. 782 (2015). However, because Hall was sentenced as a career offender (a Guidelines range from which the district court departed downward at sentencing), Amendment 782 did not lower his applicable Guidelines range, and he is therefore not eligible for a sentence reduction. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2